**FOURTH DIVISION
DILLARD, C. J.,
ELLINGTON, P. J., and MERCIER, J.**

**NOTICE: Motions for reconsideration must be** *physically received* **in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules**

**August 28, 2017**

# In the Court of Appeals of Georgia

A15A2275. ELLIOT v. RESURGENS, P.C., d/b/a RESURGENS ORTHOPEDICS, et al.

DILLARD, Chief Judge.

In *Resurgens, P.C. v. Elliott*, __ Ga. __ (800 SE2d 580) (2017), the Supreme Court of Georgia reversed our previous decision in *Elliott v. Resurgens, P.C.*, 336 Ga. App. 217 (782 SE2d 867) (2016), in which we reversed a jury verdict in favor of Resurgens, P.C., d/b/a Resurgens Orthopedics and Tapan K. Daftari, M.D., in Sean Elliot's medical-malpractice action against them. Specifically, the Supreme Court of Georgia disagreed with our conclusion that the trial court's exclusion of certain witness testimony required reversal of the jury's verdict and held that the judgment below should be affirmed. Accordingly, we adopt judgment of the Supreme Court of Georgia as our own, and affirm the trial court's judgment.

*Judgment affirmed. Ellington, P. J., and Mercier, J., concur.*